**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Heliodoro Ramirez Ituarte, et al., | No. CIV 02-1904-PHX-DKD |
| Plaintiffs | |
| vs. | **ORDER** |
| City of Phoenix, et al., | |
| Defendants. | |

On September 2, 2005, Defendants filed a Notice of Settlement (Doc. #221). To date, the parties have not submitted their Joint Stipulation for Dismissal. Accordingly,

**IT IS HEREBY ORDERED** setting a status hearing on Monday, March 27, 2006, at 2:00 p.m. This hearing will be vacated upon filing of the parties Joint Stipulation for Dismissal.

DATED this 10th day of March, 2006.

_____
David K. Duncan
United States Magistrate Judge