**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Heliodoro Ramirez Ituarte, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> City of Phoenix, et al., ) <br> ) <br> Defendants. ) <br> ) | No.  CIV 02-1904-PHX-DKD <br><br> **ORDER** |

Pending before the Court are Defendants' Motions for Judgment as a Matter of Law (Doc. #180, 218), Plaintiffs' Motion for Entry of Judgment (Doc. #211), and Defendants' Motion for Hearing/Oral Argument on Remaining Issues or in the alternative Motion for Leave to File Response to Memorandum on Qualified Immunity (Doc. #214). On September 2, 2005 (Doc. #221), Defendants filed a Notice of Settlement and the parties filed a joint Stipulation to Vacate Oral Argument (Doc. #225) on October 17, 2005, indicating that the matter had settled.  In addition, during a telephonic status conference on March 27, 2006, all counsel avowed that the matter had indeed settled but that some minor further delay was expected in the final disbursement of the settlement proceeds. Accordingly,

**IT IS HEREBY ORDERED** denying Defendants' Motions for Judgment as a Matter of Law (Doc. #180, 218), as moot.

**IT IS FURTHER ORDERED** denying Plaintiffs' Motion for Entry of Judgment (Doc. #211), as moot.

1  **IT IS FURTHER ORDERED** denying Defendants' Motion for Hearing/Oral Argument
2  on Remaining Issues or in the alternative Motion for Leave to File Response to Memorandum
3  on Qualified Immunity (Doc. #214), as moot.
4  DATED this 30th day of March, 2006.

_____
David K. Duncan
United States Magistrate Judge